# DECLARATION

I, C. Brandon Parker, pursuant to Title 28, United States Code, Section 1746, under penalty of perjury and pursuant to the laws of the United States, state that the following is true and correct to the best of my knowledge, information, and belief:

1. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18. I have been employed as a Special Agent with the Homeland Security Investigations since 2019. I am currently assigned to the Office of the Resident Agent in Charge, Greensboro, North Carolina. Some of my duties include investigating violations of Titles 8, 18, 19, 21, and 31 of the United States Code. Between 2015 until 2019, I was a Special Agent with the United States Secret Service (USSS), where I investigated financial crimes and computer-based attacks on the nation's financial, banking, and telecommunicating infrastructures. Prior to the USSS, I was a police officer for the Greensboro Police Department for 10 years. During that time, I prepared over 50 search warrants and participated in over 500 investigations. These investigations resulted in arrests, seizures, interviews, and prosecutions in local, state, and federal courts. I completed training at the Federal Law Enforcement Training Center in Brunswick, Georgia, where I received instruction in federal criminal statutes, search, seizure and arrest authority, and many other facets of federal law enforcement.

2. This Declaration is submitted in support of a Verified Complaint of Forfeiture of the following:

**EXHIBIT A**

a. $150,438.18 in U.S. Currency seized from First Carolina Bank in an account ending in 4592, in the name of Arkhemlani LLC; and

b. $250,507.74 in U.S. Currency seized from First Carolina Bank in an account ending in 5342, in the name of Arkhemlani LLC.

3. The facts and circumstances set forth in this Declaration are based upon information provided by other law enforcement officers and my own personal knowledge and experience. Since this Declaration is being submitted for a limited purpose, I am not including all the facts and information which I have learned about or obtained during the investigation.

4. Based on the investigation described below, there is probable cause to believe the $150,438.18 in U.S. Currency, and the $250,507.74 in U.S. Currency are subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 21 U.S.C. § 881(a)(6).

## Traffic Stop

5. On April 5, 2024, Investigator S. Bermel of the Alamance County Sheriff's Office (ACSO) initiated a traffic stop of a vehicle with an expired North Carolina registration tag and a non-functioning taillight. As Investigator Bermel approached the driver, he noticed a strong odor of marijuana coming from the vehicle. The driver, who was identified at the time and whose identity is known to me but is not disclosed here, stated that did not have a driver's license and had to drive for his job at "The Hempary" located in Graham, North Carolina.

6. A total of 9 large Ziploc bags appearing to contain marijuana were discovered in a shoulder bag inside the vehicle and in the vehicle itself. Some but not all of the Ziploc

bags contained "The Hempary" labels. The driver stated that he was given the product to bake goods for the weekend. Investigator Bermel seized the suspected marijuana, which totaled 108.46 grams. The state crime lab tested the suspected marijuana, and it tested positive for cannabinoids. The state crime lab, however, did not determine the tetrahydrocannabinol ("THC") or Delta 9 THC concentration levels. The driver was not charged.

7. With respect to the Ziploc bags that were labeled, the following information appeared on the labels:

"Gusher Mintz THCz Indica THC: 22.06% Delta 9 THC: .20%";

"Grape Runtz Indica – Dominant THC 21.9% Delta 9 THC: .22%"; and,

"Peanut Butter & Jealousy Hybrid THC 25.52% Delta 9 THC: .29%".

8. At the time, "The Hempary" was a cannabis-themed retail business operated by Avinash Khemlani and located at 305 W. Harden Street, Graham, North Carolina.

## Undercover Operations

9. On June 11, 2024, an ACSO undercover officer (UC #1), whose identity is known to me but is not disclosed here, conduced a controlled purchase at The Hempary. UC #1 entered the store and was greeted by an unknown employee. UC #1 noted an overwhelming smell of marijuana inside the business. The employee asked UC #1 what UC #1 was looking for. UC #1 replied, a "joint" and "some bud." The employee inquired as to whether UC #1 was interested in a particular strain. UC #1 stated that UC #1 wanted an eighth of "something to help relax." The employee then scooped a substance that appeared to be marijuana from a clear jar into a black plastic bag with a sticker that read:

"The Hempary THCa Hybrid THC: 22.36% Delta 9 THC: 0.28%". The total weight of the substance was 3.5 grams. UC #1 paid $32.10 for the substance.

10. On October 7, 2024, an ACSO undercover officer (UC #2), whose identity is known to me but is not disclosed here, entered The Hempary on that date to conduct another controlled buy, and encountered an employee. The employee provided UC #2 with what appeared to be marijuana in a clear and blue plastic bag, which UC #2 purchased for $37.00. The bag had a sticker that read: "The Hempary Platinum Jack Herer THCa Sativa THC: 51.484".

11. On March 17, 2025, two ACSO undercover officers (UC #3 and UC #4), whose identities are known to me but are not disclosed here, entered The Hempary and observed three male employees. UC #3 and UC #4 spoke with one of the unidentified males, one of whom asked for identification. UC #3 stated UC #3 had no identification. UC #4 asked why they needed identification. The employee said it was because customers were allowed to smoke on the premises, and advised that if UC #3 did not have identification, UC #3 would need to leave. UC #3 then handed the buy money to UC #4, pointing out what UC #3 wanted from the display counter, requested an eighth of it, and exited the business.

12. The employee then took the product to a digital scale, removed a portion, weighed it, and then placed it in a clear and black plastic bag. The employee attached a sticker to the bag that read: "The Hempary Frost Ghost Train Haze THCa-Sativa Hybrid THC: 62.1% Delta 9 THC: LOQ." UC #4 purchased the product for $64.20 and asked if that was the most expensive product in the store. The employee confirmed it was and

indicated it was strong and was 62% THC. The employee advised UC #4 to take only "one or two puffs at a time."

13. As UC #4 was checking out, UC #4 asked whether some cupcakes for sale near the register were "normal." The employee said, "Oh no they got it." And explained the different amounts of THC contained in each one. The employee then handed a receipt to UC #4, which showed a cost of $64.20.

**Online Research**

14. ACSO Investigator T. Robertson conducted research online regarding The Hempary. On March 4, 2025, The Hempary posted a video on its Facebook page of an open-mic night hosted at the store. The video showed flags with marijuana leaves on them and heart-shaped wall décor that appeared to be made of artificial marijuana buds. The Hempary also posted a photo of what appeared to be customers playing video games at the store, with a haze of smoke above them and a water bong sitting next to customers.

15. Investigator Robertson also went through many of The Hempary's Google reviews, which included multiple references to getting "high" from the products sold in the store. One review stated: "Best dispensary in the country! They let you smoke inside. Still operating while being illegal in the state! True marijuana pioneers here. Support them and you'll be supporting the fight against unjustified prohibitions towards the 420 community. Power to the people baby."

## Search Warrant - The Hempary

16. On March 18, 2025, Investigator Robertson appeared before Judge Andrew Hanford of the North Carolina Superior Court and obtained a search warrant for The Hempary based on probable cause established by the investigation described above.

17. That same day, shortly after obtaining the search warrant, ACSO officers executed the search warrant at The Hempary. Upon entering the business, ACSO officers encountered 7 individuals inside the business, one of whom was identified as Avinash Khemlani. While interviewing the individuals, officers learned that Avinash Khemlani was the "boss" of The Hempary.

18. Inside the store, ACSO officers observed glass display counters containing a variety of items, including glass jars appearing to contain marijuana (with different strain names written on them), pre-rolled joints, THC gummies, and THC vapes. Below the glass counters were multiple prepackaged bags of what appeared to be marijuana, empty bags for packaging it for customers, a binder with lab tests, and stickers for each strain. On top of the counter was a sign with pricing information:

| Tier 1: contains up to 25.99% thc<br>1g - $10<br>1g pre roll - $12<br>1/8th 3.5g - $30<br>Quarter 7g - $60<br>Half 14g - $110<br>Ounce 28g - $220 | Tier 2: 26% - 30.99% thc<br>1g - $12<br>1g pre rolls - $14<br>1/8th 3.5g - $40<br>Quarter 7g - $70<br>Half 14g - $130<br>Ounce 28g - $250 | Tier 2.5: 31% - 35.99%<br>1g - $13.5<br>1g pre rolls - $15.5<br>1/8th 3.5g - $45<br>Quarter 7g - $80<br>Half 14g - $140<br>Ounce 28g - $280 |
|---|---|---|
| Tier 3: 36% - 44.99% thc<br>1g - $15<br>1g pre rolls - $17<br>1/8th 3.5g - $50<br>Quarter 7g - $90 | Tier 4: over 45% thc<br>1g - $18<br>1g pre rolls - $20<br>1/8th 3.5g - $60<br>Quarter 7g - $110 | Service sizes:<br>1g = 1 strain<br>3.5g = 1 strain<br>7g = up to 2 strains<br>14g = up to 2 strains |

| | | |
|---|---|---|
| Half 14g - $160<br>Ounce 28g - $320 | Half 14g - $210<br>Ounce 28g - $400 | 28g = up to 4 strains |

19. Another handmade sign posted at the front door stated the following:

> "In house edibles 50mg or 350mg?
> Delta 9 slushies
> Flower T1 T2 T3 T4
> Pre-Rolls (rolled up in house) fun fact feel free to light up in the shop
> Concentrates Liquid diamonds, Live Rein, HASH
> Cartridges+ disposables How big do you like to go 1g? 2g? 3g?...6g?..."

20. Toward the back of the store was an office in which ACSO officers found pictures of Avinash Khemlani with individuals who appeared to be his family, as well as two safes. At the request of law enforcement, Avinash Khemlani provided codes to the safes. Inside the safes officers found multiple black vacuum sealed bags containing what appeared to be marijuana, $2,085.00 in U.S. Currency, and Avinash Khemlani's wallet and identification. On the floor of the office, ACSO officers found a book bag containing a vacuum-sealed bag of what appeared to be psilocybin mushrooms weighing approximately 494.0 grams.

21. Also in the back of the store was a bar area. On top of the bar were multiple used smoking devices and a bell that labelled, "Ring for weed." The bar area included an open space with tables and couches, and smoking-related products. On the far-right corner of the bar there was an area that appeared to be used to process and produce THC wax. The area contained parchment paper, gloves, a bowl, scissors, a sealing machine, multiple empty wax/resin containers, empty plastic bags, and what appeared to be marijuana.

22. ACSO officers seized thousands of items suspected of containing illegal amounts of THC, including vape cartridges, gummies, chocolates, soft candies, pre-rolled joints, approximately 80 pounds of green leafy matter, and approximately 8,000 grams of wax. Some of the items were sent to Avazyme, a private company that specializes in agriculture and food testing. The mushrooms seized were sent to the North Carolina State Crime Laboratory for testing.

### State Charges against Avinash Khemlani

23. Avinash Khemlani was charged with trafficking in marijuana, possession with intent to manufacture, sell, and distribute marijuana; possession with intent to manufacture, sell, and distribute a Schedule I controlled substance; possession with intent to manufacture, sell, and distribute a Schedule VI controlled substance; manufacture, sell, possess, and distribute a controlled substance withing 1,000 feet of a school; and possession of drug paraphernalia, all in violation of North Carolina law. The charges are currently pending.

24. A search of law enforcement databases did not yield any prior criminal history for Avinash Khemlani.

### Search Warrants - First Carolina Bank Accounts

25. During the search of the office area at The Hempary, ACSO officers found a checkbook issued by First Carolina Bank. The checks inside identified the account holder as "Arkhemlani LLC d/b/a Hummingbird Hempary" and the account number ending in 4592. The address appearing on the checks was the address of The Hempary.

8

Case 1:25-cv-00964-WO-LPA   Document 1-1   Filed 10/24/25   Page 8 of 12

26. According to the North Carolina Secretary of State website, Arkhemlani LLC was formed on November 30, 2020, and Avinash Khemlani is the manager or a member, and is the registered agent, of Arkhemlani LLC.

27. Investigator Robertson applied for, and was issued, a search warrant by Superior Court Judge Hanford on March 19, 2025, for all First Carolina Bank (FCB) accounts, with the exception of any North Carolina Education Lottery accounts, linked to Arkhemlani LLC DBA Hummingbird Hempary, specifically including FCB account ending in 4592, including all proceeds and related records associated with Arkhemlani LLC, and ordering that funds from such account or accounts be seized and transferred by check made payable to U.S. Customs and Board Protection.

28. In response to the search warrant, FCB provided copies of account records for account ending in 4592, which state, among other things, that Avinash Khemlani opened the account and is the owner of the account holder, Arkhemlani LLC, and that Arkhemlani LLC operates a store selling cannabidiol (also known as "CBD"). The account records also show that the deposits into the account ending in 4592 were from The Hempary and reflects withdrawals and payments from the account ending in 4592 consistent with the operation of a retail business. The account records further show that the FCB account ending in 5342, in the name Arkhemlani LLC, was opened and funded on March 11, 2025, with an opening deposit in amount of $250,000.00. Those funds were transferred from the FCB account ending in 4592.

9

29. FCB issued two checks payable to U.S. Customs and Border Protection (CBP) in the amounts of $150,438.18 in U.S. Currency, and $250,507.74 in U.S. Currency, representing funds that were held in FCB accounts ending in 4592 and 5342, respectively.

30. On April 22, 2025, I took custody of the checks and deposited them into the ICE Suspense Account.

## Lab Reports

31. Delta-9 THC is the primary intoxicating components in cannabis, or marijuana. Federal law distinguishes hemp from marijuana based on the amount of THC in the plant:

> [T]he term "hemp" means the plant species *Cannabis sativa* L. and any part of that plant, including the seeds thereof…with a delta-9 tetrahydrocannabinol concentration of not more than 0.3 percent on a dry weight basis… Cannabis with a THC level exceeding 0.3 percent is considered marijuana.

Fed. R. 58523.

32. Fifteen separate samples of the green leafy substance seized from The Hempary were sent to Avazyme, an agriculture and food testing company, for testing. The results revealed that the samples exceeded both North Carolina's and the federal government's limits regarding Delta-9 THC (.3%). The results are as follows:

| Sample | Delta-9 THC – Weight Percent | Total THC – Weight Percent (Total THC was calculated by Delta 9 THC +0.877xTHCa) |
|---|---|---|
| #1 | 1.42 | 14.38 |
| #64 | 2.7 | 24.37 |
| #67 | 1.04 | 24.70 |
| #70 | 0.51 | 13.51 |
| #72 | 1.36 | 14.55 |
| #83 | 0.96 | 16.45 |
| #84 | 0.83 | 14.01 |

| #85 | 2.37 | 28.13 |
| #87 | 1.88 | 16.06 |
| #381 | 0.88 | 18.14 |
| #382 | 0.70 | 19.15 |
| #383 | 3.01 | 17.44 |
| #384 | 1.30 | 22.01 |
| #385 | 2.93 | 17.04 |
| #89 | 0.50 | 14.86 |

33. In addition, the North Carolina State Crime Laboratory results for the mushrooms seized from The Hempary confirmed the presence of psilocybin, a Schedule I controlled substance.

## Administrative Forfeiture Proceeding

34. CBP initiated an administrative forfeiture proceeding with respect to the $150,438.18 in U.S. Currency, and the $250,507.74 in U.S. Currency.

35. On May 22, 2025, CBP received a claim from Avinash Khemlani claiming ownership of the $150,438.18 in U.S. Currency, and the $250,507.74 in U.S. Currency. Upon receipt of the claim, CBP terminated the administrative forfeiture process and referred the seizure of the $150,438.18 in U.S. Currency, and the $250,507.74 in U.S. Currency to the U.S. Attorney's Office for judicial forfeiture.

## CONCLUSION

36. Based on the foregoing, there is probable cause to believe the $150,438.18 in U.S. Currency, and the $250,507.74 in U.S. Currency were furnished or intended to be furnished in exchange for a controlled substance, in violation of the Controlled Substances Act, 21 U.S.C. §§ 801, *et seq.*, or represent proceeds traceable to such an exchange, or were used or intended to be used to facilitate violation of the Controlled Substances Act, and are therefore subject to seizure and forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 21 U.S.C. § 881(a)(6).

This the 24th day of October, 2025.

*C B Parker*
C. Brandon Parker
Special Agent
Homeland Security Investigations